vember 26, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Mr. Wilbur B. Jones, Mr. S. W. Fordyce and Mr. Thomas W. White for petitioner. Mr. Frederick W. Lehmann for respondents.

No. 599. JOSEPH G. HEINTZ v. UNITED STATES;

No. 600. MAX SMITHBERGER v. UNITED STATES;

No. 601. JOLIET CITIZENS' BREWING COMPANY v. UNITED STATES; and

No. 602. OSCAR WEINBROD v. UNITED STATES. December 3, 1923. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. Mr. Frank J. Jones and Mr. Thos. F. Donovan for petitioners. Mr. Solicitor General Beck and Mrs. Mabel Walker Willebrandt, Assistant Attorney General, for the United States.

No. 650. KWOCK SEU LUM v. EDWARD WHITE, AS COMMISSIONER OF IMMIGRATION, ETC. December 3, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Mr. M. Walton Hendry for petitioner. Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim and Mr. Harry S. Ridgely for respondent.

No. 654. ILLINOIS FUEL COMPANY v. WALTER G. SPACE, DOING BUSINESS UNDER THE NAME AND STYLE OF SPACE COAL COMPANY. December 3, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. Mr. Samuel W. Baxter, Mr. Henry G. Miller and Mr. David E. Keefe for petitioner. Mr. John L. Flannigen for respondent.

No. 661. CHRISTINE WALTERS v. JOHN BARTON PAYNE, AGENT. December 3, 1923. Petition for a writ of cer-